UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:21-cr-00112 |
| | ) JUDGE RICHARDSON |
| LEON HENSLEY | ) |

**ORDER**

The pretrial conference, or in the alternative, plea hearing, in this case is rescheduled to **June 10, 2022 at 3:00 p.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE